No. 66938.—J. J. Newberry Co. *v.* United States, protest 61/14426 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of boys' flannel sport shirts, wholly or in chief value of cotton, not composed in any part of tucking, the claim of the plaintiff was sustained.